UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV20-1685 |
| Plaintiff, | |
| v. | **WARRANT OF ARREST *IN REM*** |
| $13,000 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST, | |
| Defendant. | |

TO:  UNITED STATES MARSHALS SERVICE
   *and/or its duly authorized agents and representatives*

   WHEREAS, a Verified Complaint for Forfeiture *in Rem* was filed in the above-captioned action on November 16, 2020 alleging the defendant $13,000 in U.S. currency and any accrued interest (hereafter, "the Defendant Currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for violations of 21 U.S.C. §§ 841(a)(1) (distribution of controlled substances) and 846 (attempt or conspiracy to distribute controlled substances); and,

   WHEREAS, as reflected in the Verified Complaint, the Defendant Currency is in the government's possession, custody, and control;

WARRANT OF ARREST *IN REM* - 1
U.S. v. $13,000 in U.S. Currency, and Any Accrued Interest

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     YOU ARE, THEREFORE, HEREBY COMMANDED, pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, to arrest and seize the Defendant Currency; and,

    YOU ARE FURTHER COMMANDED that, after executing this arrest and seizure, you promptly file a record so reflecting in this Court.

    DATED this __18th__ day of November, 2020.

                      WILLIAM M. McCOOL
                        UNITED STATES DISTRICT COURT CLERK

                      By: _____
                            DEPUTY CLERK

Presented by:

/s/ Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

NOTE: This warrant is issued pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure (governing civil forfeiture actions *in rem*).

WARRANT OF ARREST *IN REM* - 2
U.S. v. $13,000 in U.S. Currency, and Any Accrued Interest

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970