UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$13,000 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST,<br><br>Defendant. | CASE NO. C20-1685JLR<br><br>**DEFAULT JUDGMENT OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion to Enter Default Judgment of Forfeiture ("Motion") (Dkt. No. 7). The Court, having reviewed the Motion, as well as the other pleadings and papers filed in this matter, FINDS entry of a Default Judgment of Forfeiture is appropriate because:

- The United States properly served, by direct notice and publication, all potential claimants to the above-captioned currency (Declaration of AUSA Michelle Jensen in Support of Request for Clerk of Court to Enter Default, Dkt. No. 5-1);

- No one has filed a claim to the currency or otherwise appeared in this case;

Default Judgment of Forfeiture - 1
*U.S. v. $13,000 in U.S. Currency*, CV20-1685-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On February 16, 2021, the Clerk entered default against all potential claimants (Order of Default, Dkt. No. 6); and,

- The currency, and any interest that has accrued at the established rate provided by 28 U.S.C. § 1961(a), constitutes a sum certain, in that it is a sum that can be made certain by computation (Declaration of AUSA Michelle Jensen in Support of Motion for Clerk to Enter Default Judgment, Dkt. No. 7-1).

NOW, THEREFORE, THE COURT ENTERS Default Judgment of Forfeiture, as follows:

1. The above-captioned currency, and any interest that has accrued on them at the established rate provided by 28 U.S.C. § 1961(a), is fully and finally forfeited, in its entirety, to the United States pursuant to 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. §§ 841(a)(1) and 846; hereafter, no right, title, or interest in the currency and any accrued interest shall exist in any other party; and,

2. The United States Marshals Service, the United States Postal Service, and/or their agents and representatives, shall dispose of the currency and any accrued interest as permitted by governing law.

IT IS SO ORDERED.

DATED this 25th day of March, 2021.

_____
Hon. James L. Robart
United States District Judge

Default Judgment of Forfeiture - 2
U.S. v. $13,000 in U.S. Currency, CV20-1685-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Default Judgment of Forfeiture - 3
*U.S. v. $13,000 in U.S. Currency*, CV20-1685-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970